UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:18-CR-0090-MMD-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 23, 2019 |
| GABRIEL ERNESTO GARZA, | ) | |
| Defendant. | ) | |

PRESENT: THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN       REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

## MINUTE ORDER IN CHAMBERS:

Before the court is plaintiff's motion for Pretrial Services to return passport (ECF No. 60). The government filed a notice of non-opposition (ECF No. 61). Therefore,

IT IS ORDERED that plaintiff's motion for Pretrial Services to return passport (ECF No. 60) is **GRANTED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk